RAYMOND STREET, APPELLANT, v. THE STATE OF NEVADA, RESPONDENT.

No. 6683

November 29, 1972                    503 P.2d 19

*Jack Christensen,* of Carson City, for Appellant.

*Robert List,* Attorney General, Carson City; and *Dennis E. Evans,* District Attorney, Churchill County, for Respondent.

## OPINION

*Per Curiam:*

Convicted of burglary, appellant assigns as error occurrences during his trial, to which his counsel made no objection. Counsel's silence was quite consistent with legitimate trial strategy; hence, we cannot hold that appellant was denied competent counsel; nor can we hold that the lower court should have intervened sua sponte, cf. Garner v. State, 78 Nev. 366, 374 P.2d 525 (1962).

Affirmed.